UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,          :       25-Cr-576 (SHS)

         v.                 :       ORDER

BRIAN GONZALEZ, BRIAN NIN,        :
BRYAN COWAN, JAFFARI HOPWAH, IRA
BOYCE, JOSE HERNANDEZ, DANIEL JONES, :
JAHDEEN WILLIAMS, RICHARD
FARQUHARSON, PERCY CARRION       :
CAESAR HERNANDEZ, QUADIR DAVONISH,

                            :

               Defendants.
-------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

    IT IS HEREBY ORDERED that there will be an initial conference in this matter on
Monday, January 5, 2026, at 2:30 p.m. The conference will take place in Courtroom 23A
at the U.S. Courthouse, 500 Pearl Street, New York.


Dated: New York, New York
       December 18, 2025

                                 SO ORDERED:

                                 Sidney H. Stein, U.S.D.J.