UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

BRIAN GONZALEZ, BRIAN NIN, BRYAN
COWAN, JAFFARI HOPWAH, IRA BOYCE,
JOSE HERNANDEZ, DANIEL JONES,
JAHDEEN WILLIAMS, RICHARD
FARQUHARSON, PERCY CARRION,
CAESAR HERNANDEZ, and QUADIR
DAVONISH,

                              Defendants.

---

25-cr-576 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The initial conference in this matter shall be held at 3:00 p.m. on Monday, January 5, 2026, in Courtroom 23A of the Daniel Patrick Moynihan United States Courthouse.

Dated:  New York, New York
         December 30, 2025

SO ORDERED:

Sidney H. Stein, U.S.D.J.